| (Official Form 1) (12/03) | | |
|---|---|---|
| **FORM B1** | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Weinstein, Harvey I.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Weinstein, Violet** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-9989** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-1447** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**206 Carmelhead Lane**<br>**Schaumburg, IL 60193** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**206 Carmelhead Lane**<br>**Schaumburg, IL 60193** |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s)  ☐ Railroad | | ☐ Chapter 7    ☐ Chapter 11    ■ Chapter 13 |
| ☐ Corporation  ☐ Stockbroker | | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership  ☐ Commodity Broker | | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____  ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)  THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/01)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** **Weinstein, Harvey I.** **Weinstein, Violet** | **FORM B1**, Page 2 |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ Harvey I. Weinstein**
Signature of Debtor **Harvey I. Weinstein**

X   **/s/ Violet Weinstein**
Signature of Joint Debtor **Violet Weinstein**

_____
Telephone Number (If not represented by attorney)

**June  3, 2005**
Date

**Signature of Attorney**

X   **/s/ Gina B. Krol 6187642**
Signature of Attorney for Debtor(s)
**Gina B. Krol 6187642**
Printed Name of Attorney for Debtor(s)
**COHEN & KROL**
Firm Name
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
Address
**312-368-0300  Fax: 312-368-4559**
Telephone Number
**June  3, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ Gina B. Krol 6187642**          **June  3, 2005**
Signature of Attorney for Debtor(s)       Date
**Gina B. Krol 6187642**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6D
(12/03)

In re **Harvey I. Weinstein,**
**Violet Weinstein**
_____,
Debtors

Case No. _____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5000370319** <br><br>**Citi Financial Mortgage**<br>**P.O. Box 142199**<br>**Irving, TX 75014-2199** | | J | **first mortgage (no arrears)**<br><br>**206 Carmelhead Lane**<br>**Schaumburg, IL 60193**<br><br>Value $ 500,000.00 | | | | 291,362.00 | 0.00 |
| Account No. **00004648123** <br><br>**Citi Financial Mortgage**<br>**P.O. Box 142199**<br>**Irving, TX 75014-2199** | | J | **second mortgage (no arrears)**<br><br>**206 Carmelhead Lane**<br>**Schaumburg, IL 60193**<br><br>Value $ 500,000.00 | | | | 98,304.00 | 0.00 |
| Account No. **360409989 / 1040** <br><br>**Internal Revenue Service**<br>**230 South Dearborn Street**<br>**Chicago, IL 60604** | | J | **Tax lien on residence for federal taxes 12/31/2001/2002/2003**<br><br>**206 Carmelhead Lane**<br>**Schaumburg, IL 60193**<br><br>Value $ 500,000.00 | | | | 213,474.00 | 103,140.00 |
| Account No. **070556120 # 001 and #002** <br><br>**Nationwide Life Insurance**<br>**P. O. Box 182018**<br>**Columbus, OH 43216** | | J | **2 loans against debtor's 401(k) to be repaid directly; no funds paid thru plan.**<br><br>**Nationwide Financial 401(K)**<br><br>Value $ 103,133.00 | | | | 38,114.00 | 0.00 |

__1__ continuation sheets attached

Subtotal (Total of this page)  **641,254.00**

Form B6D - Cont.
(12/03)

In re **Harvey I. Weinstein,**
     **Violet Weinstein**
_____,
                                                Debtors

Case No. _____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 1768902; 0287592; 0757805 **Thrivent Financial for Lutherans 4321 North Ballard Road Appleton, WI 54919** | | J | Debtors to continue to repay loan against life insurance policy directly; no fun  life insurance policy  Value $ 16,643.00 | | | | 14,619.00 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    **14,619.00**

Total (Report on Summary of Schedules)    **655,873.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E
(04/04)

In re  **Harvey I. Weinstein,**  Case No. _____
       **Violet Weinstein**
_____,
                                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                **__0__** continuation sheets attached

Form B6F
(12/03)

In re **Harvey I. Weinstein,**
**Violet Weinstein**
_____,
                                                Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3713-158042-11004**<br><br>**American Express**<br>**P.O. Box360002**<br>**Ft. Lauderdale, FL 33336-0002** | | W | credit card | | | | 23,037.88 |
| Account No. **4802-1323-8578-0831**<br><br>**Capital One**<br>**P.O. Box 85617**<br>**Richmond, VA 23276-0001** | | H | credit card | | | | 4,689.23 |
| Account No. **4305-8704-0051-3339**<br><br>**Chase Bankcard Services**<br>**P.O. Box 659409**<br>**San Antonio, TX 78265** | | H | credit card | | | | 26,017.45 |
| Account No. **5466-1601-4503-6735**<br><br>**Citibank**<br>**Baker Miller Markoff & Krasny LLC**<br>**29 North Wacker Drive 5th Floor**<br>**Chicago, IL 60606** | | W | credit card | | | | 10,619.09 |

__2__ continuation sheets attached

Subtotal
(Total of this page)  **64,363.65**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   S/N:29730-050524   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Harvey I. Weinstein,**
       **Violet Weinstein**
                                                                     ,
                                           Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5424-1801-0088-0753** <br> **Citicard** <br> **Blatt Hasenmiller Leibsker & Moore** <br> **125 South Wacker Drive Suite 400** <br> **Chicago, IL 60606-4440** | | W | credit card | | | | 38,334.90 |
| Account No. **5466-1600-5255-4605** <br> **Citicard** <br> **The CBE Group** <br> **P.O. Box 3136** <br> **Milwaukee, WI 53201-3136** | | H | credit card | | | | 42,511.46 |
| Account No. **5466-1601-4702-5520** <br> **Citicard** <br> **Associate Recovery Systems** <br> **8665 Baypine Road Suite 200** <br> **Jacksonville, FL 32256** | | H | credit card | | | | 18,319.23 |
| Account No. **6011-0074-8700-4292** <br> **Discover** <br> **Nationwide Credit Inc** <br> **P.O. Box 740540** <br> **Atlanta, GA 30374** | | H | credit card | | | | 28,439.99 |
| Account No. **7200274** <br> **Elgin River Boat dba Grand Victoria** <br> **c/o Steven Titiner** <br> **1700 North Farnsworth Avenue** <br> **Aurora, IL 60505** | | H | cash advances | | | | 10,000.00 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **137,605.58**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Harvey I. Weinstein,**
       **Violet Weinstein**                                            Case No. _____
_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5491-0000-5837-7925**<br>**Fleet Credit Card**<br>**c/o Bonded Collection Corp.**<br>**29 East Madison Street, # 1650**<br>**Chicago, IL 60602** | | H | credit card | | | | 14,641.76 |
| Account No. **5407-9206-6032-6486**<br>**General Motors - Household**<br>**P.O. Box 80053**<br>**Salinas, CA 93912-0053** | | H | credit card | | | | 9,331.02 |
| Account No. **200966**<br>**Hollywood Casino**<br>**49 West Galena Blvd**<br>**Aurora, IL 60506** | | H | cash advances | | | | 12,500.00 |
| Account No. **5490-9908-1600-0325**<br>**MBNA America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | | H | credit card | | | | 52,294.57 |
| Account No. **4185-8624-8778-5927**<br>**Providian**<br>**P.O. Box 660548**<br>**Dallas, TX 75266-0548** | | H | credit card | | | | 2,368.23 |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **91,135.58**

Total
(Report on Summary of Schedules)    **293,104.81**

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Harvey I. Weinstein / Violet Weinstein**, Debtor(s)

Case No.

Chapter **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **27**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **June 3, 2005**

**/s/ Harvey I. Weinstein**
**Harvey I. Weinstein**
Signature of Debtor

Date: **June 3, 2005**

**/s/ Violet Weinstein**
**Violet Weinstein**
Signature of Debtor

American Express
P.O. Box360002
Ft. Lauderdale, FL 33336-0002

Capital One
P.O. Box 85617
Richmond, VA 23276-0001

Chase Bankcard Services
P.O. Box 659409
San Antonio, TX 78265

Chase Manhattan Bank
c/o Michael D. Fine
227 West Monroe Street Suite 2700
Chicago, IL 60606

Citi Financial Mortgage
P.O. Box 142199
Irving, TX 75014-2199

Citi Financial Mortgage
P.O. Box 142199
Irving, TX 75014-2199

Citibank
Baker Miller Markoff & Krasny LLC
29 North Wacker Drive 5th Floor
Chicago, IL 60606

Citibank
OSI Collection
1256 Park Street Suite 201
Stoughton, MA 02072

Citibank
RMA
11214 Renner Road
Lenexa, KS 66219

Citicard
Blatt Hasenmiller Leibsker & Moore
125 South Wacker Drive Suite 400
Chicago, IL 60606-4440

Citicard
The CBE Group
P.O. Box 3136
Milwaukee, WI 53201-3136


Citicard
Associate Recovery Systems
8665 Baypine Road Suite 200
Jacksonville, FL 32256


Discover
Nationwide Credit Inc
P.O. Box 740540
Atlanta, GA 30374


Elgin River Boat dba Grand Victoria
c/o Steven Titiner
1700 North Farnsworth Avenue
Aurora, IL 60505


Fleet
Bonded Collection Corporation
29 East Madison Street Suite 1650
Chicago, IL 60602


Fleet Credit Card
c/o Bonded Collection Corp.
29 East Madison Street, # 1650
Chicago, IL 60602


General Motors - Household
P.O. Box 80053
Salinas, CA 93912-0053


Hollywood Casino
49 West Galena Blvd
Aurora, IL 60506


Internal Revenue Service
230 South Dearborn Street
Chicago, IL 60604


IRS
P.O. Box 105416
Atlanta, GA 30348-5416

```
MBNA America
P.O. Box 15026
Wilmington, DE 19850-5026


MBNA America
Bass & Associates
3936 East Fort Lowell Road Suite 20
Tucson, AZ 85712-1083


Nationwide Life Insurance
P. O. Box 182018
Columbus, OH 43216


Providian
P.O. Box 660548
Dallas, TX 75266-0548


Providian
P.O. Box 99604
Arlington, TX 76096-9604


Providian
c/o Management Services Incorp.
655 Pullman Ave
Rochester, NY 14615


Thrivent Financial for Lutherans
4321 North Ballard Road
Appleton, WI 54919
```